UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ERIC HOLDER *et al.*,<br><br>　　　　Defendants. | Civil Action No. 09-1197 (RWR) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the District of Columbia defendants' motion to dismiss [Dkt. No. 7] is GRANTED; it is further

ORDERED that the federal defendants' motion to dismiss [Dkt. No. 16] is GRANTED; and it is further

ORDERED that this case is DISMISSED.  This is a final appealable Order.

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　RICHARD W. ROBERTS
DATE: March 5, 2010　　　　　　　　United States District Judge